**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7384**

---

KEITH PRESTWOOD,

Petitioner - Appellant,

versus

J. R. HUNT,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-96-564-5-H-3)

---

Submitted:  October 29, 1996        Decided:  December 10, 1996

---

Before HALL, MURNAGHAN, and WILKINS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Keith Prestwood, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his motion for relief under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. Prestwood v. Hunt, No. CA-96-564-5-H-3 (E.D.N.C. Aug. 21, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2